Decided May 29, 1997

### JOHN NAJDA *v.* SALVATORE M. LOCICERO, SR., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 44 Conn. App. 923 (AC 15687), is denied.

*Ian A. Cole*, in support of the petition.

*Richard E. Castiglioni*, in opposition.

Decided May 29, 1997